**NOT RECOMMENDED FOR PUBLICATION**
File Name: 10a0069n.06

**No. 10-3098**

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**FILED**
**Feb 03, 2010**
LEONARD GREEN, Clerk

| | | |
|---|---|---|
| LAWRENCE REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| MARK BROWN, | ) | |
| | ) | ON APPEAL FROM THE UNITED |
| Intervenor - Appellant, | ) | STATES DISTRICT COURT FOR |
| | ) | THE SOUTHERN DISTRICT OF |
| v. | ) | OHIO |
| | ) | |
| | ) | |
| TED STRICKLAND, TERRY J. COLLINS, | ) | ORDER |
| PHILLIP KERNS, and EXECUTION TEAM | ) | |
| MEMBERS #1-21, | ) | |
| | ) | |
| Defendants-Appellees. | ) | |

Before: BATCHELDER, Chief Circuit Judge; SILER and SUTTON, Circuit Judges.

**PER CURIAM.** The motion by the appellant, Mark Brown, for a stay of execution is denied, and the panel affirms the district court for the reasons set forth in the district court opinion, *Reynolds (Brown) v. Strickland*, No. 2:10-cv-27 (S.D. Ohio Feb. 2, 2010), and in our recent opinion in *Cooey (Biros) v. Strickland*, 589 F.3d 210 (6th Cir. 2009).

AFFIRMED.

1